UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN STEWART** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:10-4312** |
| **THE THUNDER HORSE SEMI-SUBMERSIBLE DRILLING PLATFORM, BP EXPLORATION & PRODUCTION, INC. AND MOBIL OIL EXPLORATION AND PRODUCING SOUTHEAST, INC.** | **SECTION "B" 1** |

<u>**ORDER**</u>

Considering the foregoing motion (Rec. Doc. No. 27),

**IT IS ORDERED** that all claims asserted by Stephen Stewart against all parties in the above numbered and entitled action are hereby **DISMISSED** with prejudice.

New Orleans, Louisiana, this 14TH day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE